Argued and submitted November 2, affirmed December 29, 2010

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON OLIVER HINDLE,
*Defendant-Appellant.*

Washington County Circuit Court
D082903T; A141432

245 P3d 703

Thomas Ifversen and Kahn & Ifversen Attorneys, L.L.P., filed the brief for appellant.

Stacey RJ Guise, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Landau, Presiding Judge, and Ortega, Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. Corn,* 232 Or App 566, 222 P3d 48 (2009).